IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELLISSA WOMACK** *et al.*, | : | |
| *Plaintiffs* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **HOUSING AUTHORITY OF** | : | |
| **CHESTER COUNTY,** | : | **No. 19-4962** |
| *Defendant* | : | |

## ORDER

AND NOW, this 23rd day of June, 2020, upon consideration of Defendant's Motion to Dismiss (Doc. No. 5), Plaintiffs' response thereto (Doc. No. 6), Defendant's reply (Doc. No. 10), and oral argument held on February 21, 2020, it is **ORDERED** that the Motion to Dismiss (Doc. No. 5) is **GRANTED IN PART** and **DENIED IN PART** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE